IN THE UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**SAMMIE STEVENS**              **Civil Action No.: 3:20-CV-3411-K**
    **Plaintiff**
**V.**

**OLLIE'S BARGAIN OUTLET, INC.**   **Div. Juris 28 U.S.C. § 1332**
Defendant

## MOTION TO DISMISS

NOW INTO COURT COMES Plaintiff SAMMIE STEVENS hereby voluntarily dismisses her Complaint against only Defendant, OLLIE'S BARGAIN OUTLET, INC. ("Defendant"), without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Defendant has not filed an answer or a motion for summary judgment in this matter.

WHEREFORE, Plaintiff ask this court to dismiss Defendant, OLLIE'S BARGAIN OUTLET, INC. without prejudice.

Respectfully submitted,

*/s/Dennis D. Spurling*
By: _____
DENNIS D. SPURLING (TB# 24053909)
3003 South Loop West – Suite 400
Houston, Texas 77054
(713) 229 – 0770 Telephone
(713) 229 – 8444 Facsimile
ddspurling@dennisspurling.com

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the forgoing has been sent to all counselors of record via CM/ecf filing on this date 12/2/2020 */s/Dennis D. Spurling*